1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7   JIMMY L. FLORES,                    )    **NEW CASE NO.  1:08-cv-01361 GSA**
                                        )
8            Plaintiff,                 )    ORDER ASSIGNING CASE
                                        )    RE PRESIDING JUDGE
9            vs                         )
                                        )    Old Case No.  1:08-cv-01361 AWI GSA
10  COMMISSIONER OF SOCIAL              )
    SECURITY,                           )
11                                      )
             Defendant.                 )
12  _____    )

13

14       IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge

15  GARY S. AUSTIN as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on

16  September 26, 2008 and Defendants filed their consent on October 6, 2008 under Title 28, U.S.C. Sec.

17  636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including

18  trial and entry of final judgment.  ALL FUTURE PLEADINGS SHALL BE NUMBERED AS

19  FOLLOWS:  **1:08-cv-01361-GSA**

20

21   IT IS SO ORDERED.

22  **Dated:    October 7, 2008**              _____/s/ Anthony W. Ishii_____
                                              CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28