IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY L. FLORES, | ) | 1:08cv1361 DLB |
| | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | DISMISSING ACTION |
| Plaintiff, | ) | |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation to dismiss filed on May 5, 2009, this action is DISMISSED WITHOUT PREJUDICE. The parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: **May 18, 2009**  **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1